AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| KENNY ORTEGA <br><br> *Plaintiff(s)* <br> v. <br> MIAMI-DADE COUNTY, a political subdivision in the state of Florida, and JOSEPH DIAZ in his individual capacity <br><br> *Defendant(s)* | Civil Action No. 1:24-cv-22523-KMM |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MIAMI-DADE COUNTY

C/O MS. DANIELLA LEVINE CAVA, MAYOR OF MIAMI-DADE COUNTY
Stephen P. Clark Center
111 NW 1st Street, 29th Floor
Miami, Florida 33128

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Rawsi Williams Law Group
ATTN. Rawsi Williams, Esq., R.N.
701 Brickell Ave.,STE 1550
Miami, FL  33131
TEL:  888-RawsiLaw/888-729-7452;
email:  rawsi@rawsi.com; AJoseph2@rawsi.com; docservice@rawsi.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  07/02/2024

Angela E. Noble
Clerk of Court

SUMMONS

s/ A. Rodriguez

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| KENNY ORTEGA<br><br>*Plaintiff(s)*<br>v.<br>MIAMI-DADE COUNTY, a political subdivision in the state of Florida, and JOSEPH DIAZ in his individual capacity<br><br>*Defendant(s)* | Civil Action No. 1:24-cv-22523-KMM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  JOSEPH DIAZ

MIAMI-DADE COUNTY POLICE DEPARTMENT
9105 NW 25th Street
Doral, FL 33172


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Rawsi Williams Law Group
ATTN. Rawsi Williams, Esq., R.N.
701 Brickell Ave.,STE 1550
Miami, FL  33131
TEL:  888-RawsiLaw/888-729-7452;
email:  rawsi@rawsi.com; AJoseph2@rawsi.com; docservice@rawsi.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    07/02/2024

Angela E. Noble
Clerk of Court

s/ A. Rodriguez
Deputy Clerk
U.S. District Courts

**SUMMONS**